IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DALLAS NATIONAL INSURANCE CO. | ) | FILED: November 30, 2010 |
| | ) | |
| Plaintiff, | ) | CASE NO.:  10-7620 |
| | ) | |
| v. | ) | |
| | ) | Judge James B. Zagel |
| ENTERTAINMENT MEDIA SPECIALISTS, | ) | Magistrate Judge Susan E. Cox |
| INC.,  GABRIELLA CEDILLO, RISK | ) | |
| PLACEMENT SERVICES, INC., DW | ) | |
| STUDIOS PRODUCTIONS, LLC, ARTHUR | ) | |
| J. GALLAGHER RISK MANAGEMENT | ) | |
| SERVICES, INC. AND THE TRAVELERS | ) | |
| INDEMNITY COMPANY | ) | |
| | ) | |
| Defendants. | | |

**JOINT MOTION FOR VOLUNTARY DISMISSAL**

Plaintiff, Dallas National Insurance Co. ("Dallas National"), by and through its attorneys, Reid & Dennis, P.C. and Lindsay, Rappaport & Postel, LLC, Defendant Entertainment Media Specialists, Inc. ("EMS"), by and through its attorneys of record Neal, Gerber & Eisenberg LLP, and Defendant DW Studios Productions, LLC (DW Studios), by and through its attorneys of record Kendall Brill Klieger, LLP (collectively "Parties"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby move this Honorable Court to enter an Order dismissing the claims asserted by Dallas National against EMS, DW Studios, and Travelers Indemnity Company ("Travelers") with prejudice, and against Defendants Arthur J. Gallagher Risk Management Services, Inc. ("Gallagher"), Risk Placement Services, Inc. ("RPSI"), and Gabriela Cedillo ("Cedillo") without prejudice.  The Parties respectfully show the Court as follows:

**I.**

Plaintiff Dallas National alleges claims against EMS, DW Studios, Cedillo, Gallagher, RPSI and Travelers arising out of an insurance coverage dispute. Dallas National, EMS, DW Studios, and Travelers have entered into a settlement arrangement that resolves the insurance coverage dispute, and thus they no longer desire to litigate the claims against one another related thereto.[1] (Cedillo, Gallagher and RPSI are not parties to the settlement agreement.).

Accordingly, Dallas National, EMS and DW Studios move the Court to dismiss all claims pending in this action among Dallas National, EMS, DW Studios and Travelers with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) permits a plaintiff to seek an order voluntarily dismissing its claims, and such an order should be granted, unless a defendant objects to the dismissal and demonstrates that it will suffer "plain legal prejudice" as a result. *See Quad/Graphics, Inc. v. Fass*, 724 F.2d 1230, 1233 (7th Cir. 1983) ("[A] non-settling party must demonstrate plain legal prejudice in order to have standing to challenge a partial settlement. This standard implements the policy consideration of encouraging the voluntary resolution of lawsuits and maintains consistency in the application of Federal Rule of Civil Procedure 41(a)(2) regarding voluntary dismissals. . . . In the context of a partial settlement, Rule 41(a)(2) is usually the mechanism by which the settling defendants are eliminated from the case." (internal citations omitted)). Because Defendants EMS, DW Studios, and Travelers have resolved the claims at issue and no longer wish to litigate these claims, they have no objection to this dismissal. Moreover, neither Gallagher nor RPSI nor Cedillo ever filed an answer or motion for summary judgment in this action, and will suffer no prejudice by this dismissal.

---

[1] Travelers was added as a defendant in the Second Amended Complaint, filed on May 31, 2011. Service of process on Travelers was deferred during settlement negotiations, in which Travelers was a participant, and Travelers has not yet appeared in this case.

## II.

Wherefore, for the foregoing reasons, Dallas National, EMS and DW Studios respectfully request that the Court dismiss all claims asserted in this action by Dallas National against EMS, DW Studios, and Travelers with prejudice and against Gallagher, RPSI, and Cedillo without prejudice.

**Dated: July 12, 2011**

    Respectfully submitted,

*/s/ William E. Reid*
William E. Reid
Texas State Bar No. 16748500
*Admitted Pro Hac Vice*
**REID & DENNIS, P.C.**
Tollway Towers, South
15660 Dallas Parkway, Suite 1400
Dallas, Texas 75248-3328
Telephone: (972) 991 2626
Facsimile: (972) 991 2678
wreid@reiddennis.com

Joseph P. Postel
IL Bar. No. 6189515
**LINDSAY, RAPPAPORT & POSTEL, LLC**
10 S. LaSalle Street, Suite 1301
Chicago, Illinois 60603-762
Tel.: 312-629-0208 x 14
Fax: 312-629-1404
jpostel@lrplawfirm.com

**ATTORNEYS FOR PLAINTIFF DALLAS NATIONAL INSURANCE CO.**

By: /s/ Jill B. Berkeley
Jill B. Berkeley
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602-3801
Telephone: (312) 269-8024
Facsimile: (312) 980-0836
jberkeley@ngelaw.com

ATTORNEYS FOR DEFENDANT
ENTERTAINMENT MEDIA
SPECIALISTS, INC.


By: /s/ Robert N. Klieger
Robert N. Klieger, ID #192962
**KENDALL BRILL & KLIEGER LLP**
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705
rklieger@kbkfirm.com

ATTORNEYS FOR DEFENDANT
DW STUDIOS PRODUCTIONS LLC


## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that the foregoing JOINT MOTION FOR VOLUNTARY DISMISSAL was filed electronically. Notice of this filing will be sent to the counsel for the other parties by operation of the Court's electronic filing system.

/s/ William E. Reid         -
William E. Reid